MELINDA HAAG (CABN 44332)
United States Attorney

MIRANDA KANE (CABN 163973)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:         (415) 436-7301
   Facsimile:           (415) 436-6982
   natalie.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00748 RS |
| v. | ORDER STIPULATED REQUEST TO CONTINUE STATUS HEARING TO MAY 7, 2013 |
| LAFONSO LUKE BROWN, RASHAD RAKEEM BROWN, RAKEEM MARCELLES BROWN, and MARCELIS FITZGERALD LEE, | Date: April 30, 2013<br>Time: 2:30 p.m.<br>Court: Hon. Richard Seeborg |
| Defendants. | |

    The above-captioned matter is set on April 30, 2013 at 2:30 p.m. before this Court for a status hearing following a settlement conference.  The settlement conference was originally scheduled for April 29, 2013 but has since been rescheduled to May 1, 2013 at 9:30 a.m. Therefore, the parties request that this Court continue the status hearing regarding the settlement conference to May 7, 2013 so that it will follow the newly scheduled settlement conference date.

1  On that date, change of plea, motions, or trial will be discussed

2      The Court has previously excluded the running of the speedy trial clock for effective
3  preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv), through April 30, 2013.  Therefore, the
4  parties now request that the time between April 30, 2013 and May 7, 2013 be excluded from the
5  running of the speedy trial clock for that same reason – effective preparation of counsel, 18
6  U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that, taking into account the public interest in
7  prompt disposition of criminal cases, good cause exists for this extension due to the pending
8  settlement conference scheduled for May 1, 2013 and the parties need to prepare for that
9  conference.  The parties also agree that the ends of justice served by granting such a continuance
10 outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §
11 3161(h)(7)(A).
12 SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney


16 DATED: April 15, 2013                    /s/
                                    NATALIE LEE
17                                  Assistant United States Attorney


19 DATED: April 15, 2013                    /s/
                                    ELIZABETH FALK
20                                  Attorney for Lafonso Luke Brown


22 DATED: April 15, 2013                    /s/
                                    MICHAEL HINCKLEY
                                    Attorney for Marcelis Lee


24 DATED: April 15, 2013                    /s/
                                    RANDY SUE POLLOCK
25                                  Attorney for Rashad Brown


27 DATED: April 15, 2013                    /s/
                                    ISMAIL RAMSEY
                                    Attorney for Rakeem Brown

[PROPOSED] ORDER CONTINUING STATUS HEARING
US v. LAFONSO BROWN, ET AL.; CR 12-00748 RS                                              2

    For the reasons stated above, this matter is continued until May 7, 2013, for a status hearing regarding the settlement conference at which time change of plea, motions, or trial will be discussed. The Court finds that the exclusion of time from April 30, 2013 through May 7, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendants effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 4/17/13

_____
HONORABLE RICHARD SEEBORG
United States District Judge