MELINDA HAAG (CABN 44332)
United States Attorney

MIRANDA KANE (CABN 163973)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:      (415) 436-7301
   Facsimile:       (415) 436-6982
   natalie.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00748 RS |
| | ) | |
| v. | ) | ORDER |
| | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | STATUS HEARING TO JUNE 11, 2013 |
| LAFONSO LUKE BROWN, | ) | |
| RASHAD RAKEEM BROWN, | ) | |
| RAKEEM MARCELLES BROWN, and | ) | Date:     May 7, 2013 |
| MARCELIS FITZGERALD LEE, | ) | Time:     2:30 p.m. |
| | ) | Court:    Hon. Richard Seeborg |
| | ) | |
| Defendants. | ) | |
| | ) | |

      The above-captioned matter is set on May 7, 2013 at 2:30 p.m. before this Court for a status hearing following a settlement conference.  The settlement conference with Magistrate Judge Laurel Beeler has since been rescheduled to June 6, 2013 at 12:30 p.m.  Therefore, the parties request that this Court continue the status hearing regarding the settlement conference to June 11, 2013 so that it will follow the newly scheduled settlement conference date.  On that

1  date, change of plea, motions, or trial will be discussed

2      The Court has previously excluded the running of the speedy trial clock for effective

3  preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv), through May 7, 2013.  Therefore, the

4  parties now request that the time between May 7, 2013 and June 11, 2013 be excluded from the

5  running of the speedy trial clock for that same reason – effective preparation of counsel, 18

6  U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that, taking into account the public interest in

7  prompt disposition of criminal cases, good cause exists for this extension due to the pending

8  settlement conference scheduled for June 6, 2013 and the parties need to prepare for that

9  conference.  The parties also agree that the ends of justice served by granting such a continuance

10 outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. §

11 3161(h)(7)(A).

12 SO STIPULATED:

13
                                                  MELINDA HAAG
14                                                   United States Attorney

15

16 DATED: May 2, 2013                             /S/
                                                  NATALIE LEE
17                                                   Assistant United States Attorney

18

19 DATED: May 2, 2013                             /S/
                                                  ELIZABETH FALK
20                                                   Attorney for Lafonso Luke Brown

21
22 DATED: May 2, 2013                             /S/
                                                  MICHAEL HINCKLEY
23                                                   Attorney for Marcelis Lee

24 DATED: May 2, 2013                             /S/
                                                  RANDY SUE POLLOCK
25                                                   Attorney for Rashad Brown

26
27 DATED: May 2, 2013                             /S/
                                                  ISMAIL RAMSEY
28                                                   Attorney for Rakeem Brown

1   For the reasons stated above, this matter is continued until June 11, 2013, for a status
2   hearing regarding the settlement conference at which time change of plea, motions, or trial will
3   be discussed.  The Court finds that the exclusion of time from May 7, 2013 through June 11,
4   2013 is warranted and that the ends of justice served by the continuance outweigh the best
5   interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).  The
6   failure to grant the requested continuance would deny the defendants effective preparation of
7   counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).
8   SO ORDERED.

10  DATED:  5/2/13

    _____
    HONORABLE RICHARD SEEBORG
    United States District Judge