MELINDA HAAG (CABN 44332)
United States Attorney

MIRANDA KANE (CABN 163973)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone:      (415) 436-7301
Facsimile:      (415) 436-6982
natalie.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 12-00748 RS |
| | ) |
| v. | ) |
| | ) STIPULATED REQUEST TO CONTINUE |
| | ) STATUS HEARING TO JULY 23, 2013 |
| LAFONSO LUKE BROWN, | ) |
| RASHAD RAKEEM BROWN, | ) |
| RAKEEM MARCELLES BROWN, and | ) Date:      June 11, 2013 |
| MARCELIS FITZGERALD LEE, | ) Time:      2:30 p.m. |
| | ) Court:    Hon. Richard Seeborg |
| | ) |
|       Defendants. | ) |
| | ) |

      The above-captioned matter is set on June 11, 2013 at 2:30 p.m. before this Court for a

status hearing following a settlement conference.  The parties met for a settlement conference on

June 6, 2013 with Magistrate Judge Laurel Beeler.  The parties and Judge Beeler agreed to meet

for one additional settlement conference to take place on July 15, 2013 at 9:30 a.m.  Thus, the

parties request that this Court continue the status hearing regarding the settlement conference to

1  July 23, 2013 to give the parties one additional meeting with Judge Beeler to work on a possible

2  resolution for all defendants.

3        The Court has previously excluded the running of the speedy trial clock for effective

4  preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv), through June 11, 2013.  Therefore, the

5  parties now request that the time between June 11, 2013 and July 23, 2013 be excluded from the

6  running of the speedy trial clock for that same reason – effective preparation of counsel, 18

7  U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that, taking into account the public interest in

8  prompt disposition of criminal cases, good cause exists for this extension due to scheduling of

9  one additional settlement conference with Judge Beeler and the parties need to prepare for that

10 conference.  The parties also agree that the ends of justice served by granting such a continuance

11 outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. §

12 3161(h)(7)(A).

13 SO STIPULATED:

14

15                                        MELINDA HAAG
                                          United States Attorney

16

17 DATED: June 7, 2013                         /s/
                                          NATALIE LEE
18                                        Assistant United States Attorney

19 DATED: June 7, 2013                         /s/
                                          ELIZABETH FALK
20                                        Attorney for Lafonso Luke Brown

21 DATED: June 7, 2013                         /s/
                                          MICHAEL HINCKLEY
22                                        Attorney for Marcelis Lee

23 DATED: June 7, 2013                         /s/
                                          RANDY SUE POLLOCK
24                                        Attorney for Rashad Brown

25 DATED: June 7, 2013                         /s/
                                          ISMAIL RAMSEY
26                                        Attorney for Rakeem Brown

27

28

1    For the reasons stated above, this matter is continued until July 23, 2013, for a status

2    hearing regarding the settlement conference at which time change of plea, motions, or trial will

3    be discussed.  The Court finds that the exclusion of time from June 11, 2013 through July 23,

4    2013 is warranted and that the ends of justice served by the continuance outweigh the best

5    interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).  The

6    failure to grant the requested continuance would deny the defendants effective preparation of

7    counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

8    SO ORDERED.

9

10   DATED: June 10, 2013                    _____

11                                           HONORABLE RICHARD SEEBORG
                                             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28