MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7200
Fax: (415) 436-7234
E-Mail: natalie.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 12-00748 RS |
| v. | ) |
| | ) [PROPOSED] ORDER EXCLUDING TIME |
| | ) PURSUANT TO THE SPEEDY TRIAL ACT |
| LAFONSO LUKE BROWN, | ) |
| RASHAD RAKEEM BROWN, | ) |
| RAKEEM MARCELLES BROWN, and | ) |
| MARCELIS FITZGERALD LEE, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

On July 23, 2013, the parties made a status appearance before the Court.  The parties

requested, and the Court ordered, a final continuance until August 20, 2013, on which date the

parties anticipate a final status conference to discuss change of plea, motions, or trial.  The stated

purpose of the continuance request was to afford defense counsel adequate time to prepare and to

review discovery which consists of both paper documents and discs containing records and also

for plea negotiations to occur.

1    The parties also requested, and the Court ordered, that the time between July 23, 2013

2    and August 20, 2013, would be excluded from the running of the speedy trial clock for effective

3    preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

4    agree that, taking into account the public interest in prompt disposition of criminal cases, good

5    cause exists for this extension.  The parties also agreed that the ends of justice served by granting

6    such a continuance outweighed the best interests of the public and the defendants in a speedy

7    trial.  18 U.S.C. § 3161(h)(7)(A).

8    SO STIPULATED:

9

10                                                    MELINDA HAAG
                                                     United States Attorney

11

12   DATED: August 16, 2013                          _____/s/_____
                                                     NATALIE LEE
13                                                   Assistant United States Attorney

14

15   DATED: August 16, 2013                          _____/s/_____
                                                     ELIZABETH FALK
16                                                   Attorney for Lafonso Luke Brown

17

18   DATED: August 16, 2013                          _____/s/_____
                                                     MICHAEL HINCKLEY
19                                                   Attorney for Marcelis Lee

20

21   DATED: August 16, 2013                          _____/s/_____
                                                     RANDY SUE POLLOCK
22                                                   Attorney for Rashad Brown

23

24   DATED: August 16, 2013                          _____/s/_____
                                                     ISMAIL RAMSEY
25                                                   Attorney for Rakeem Brown

26

27       For the reasons stated above, this matter is continued until August 20, 2013, for another

28   status conference at which time change of plea, motions, or trial will be discussed.  The Court

finds that the exclusion of time from July 23, 2013 through August 20, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).  The failure to grant the requested continuance would deny the defendants effective preparation of counsel and continuity of counsel and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED:_ 8/16/13 _____           _____
                                  HONORABLE RICHARD SEEBORG
                                  United States District Judge