MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: natalie.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00748 RS |
| v. | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| LAFONSO LUKE BROWN, RASHAD RAKEEM BROWN, RAKEEM MARCELLES BROWN, and MARCELIS FITZGERALD LEE, | |
| Defendants. | |

On August 20, 2013, the parties made a status appearance before the Court.  The defendants requested additional time so that they could each receive pre-trial criminal history reports from the probation office.  These reports take the probation officer an anticipated 45 days to generate.  Therefore, the parties requested, and the Court ordered, a continuance until October 15, 2013, which gives the probation office time to complete the criminal history reports and also gives the defendants time to review them and confer with each other.  On October 15, 2013, the

[PROPOSED] ORDER EXCL. TIME
US v. LAFONSO BROWN, ET AL.; CR 12-00748 RS    1

1 parties anticipate a final status conference to discuss change of plea, motions, or trial.  The stated
2 purpose of the continuance request will afford defense counsel adequate time to prepare and to
3 review these reports, thus to effectively prepare for trial, and also for plea negotiations to occur.
4       The parties also requested, and the Court ordered, that the time between August 20, 2013
5 and October 15, 2013, would be excluded from the running of the speedy trial clock for effective
6 preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that, taking into account
7 the public interest in prompt disposition of criminal cases, good cause exists for this extension.
8 The parties also agreed that the ends of justice served by granting such a continuance outweighed
9 the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
10 SO STIPULATED:

                            MELINDA HAAG
                            United States Attorney

DATED: August 20, 2013              /S/
                            NATALIE LEE
                            Assistant United States Attorney

DATED: August 20, 2013              /S/
                            ELIZABETH FALK
                            Attorney for Lafonso Luke Brown

DATED: August 20, 2013              /S/
                            MICHAEL HINCKLEY
                            Attorney for Marcelis Lee

DATED: August 20, 2013              /S/
                            RANDY SUE POLLOCK
                            Attorney for Rashad Brown

DATED: August 20, 2013              /S/
                            ISMAIL RAMSEY
                            Attorney for Rakeem Brown

1    For the reasons stated above, this matter is continued until October 15, 2013, for another
2 status conference at which time change of plea, motions, or trial will be discussed.  The Court
3 finds that the exclusion of time from August 20, 2013 through October 15, 2013 is warranted and
4 that the ends of justice served by the continuance outweigh the best interests of the public and the
5 defendants in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).  The failure to grant the requested
6 continuance would deny the defendants effective preparation of counsel and continuity of
7 counsel and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).
8 SO ORDERED.
9
10 DATED: 8/21/13                          _____
11                                          HONORABLE RICHARD SEEBORG
                                           United States District Judge