MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 486-0800
Facsimile:    (510) 486-0801

Attorneys for Defendant
MARCELIS LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAFONZO LUKE BROWN,<br>RASHAD RAKEEM BROWN,<br>RAKEEM MARCELLES BROWN, AND<br>MARCELIS FITZGERALD LEE<br><br>Defendant. | Case No. CR-12-00748 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE**<br>**HEARING/EXCLUSION OF TIME**<br><br>Date: November 8, 2013<br>Time: 1:30 p.m.<br>Hon. RICHARD SEEBORG |

Defendants, by and through their appointed counsel, and the United States of America, by and through Assistant United States Attorney Natalie Lee, hereby stipulate and agree to continue the setting or disposition conference in this matter from November 8, 2013, at 1:30 p.m. to December 10, 2013 at 2:30 p.m.  The parties agree that excluding the time resulting from this continuance from computation under the Speedy Trial Act is in the interest of justice and outweighs the best interest of both the public and the defendants in a speedy trial, and is necessary for effective preparation and continuity of defense counsel.

Good cause exists for this request.  Shortly after setting the current November 8th court date, counsel for Rashad Brown had a previously scheduled surgery rescheduled -- creating an

U.S. V. MARCELIS LEE, ET AL.; CR 12-00748 RS

unexpected conflict with that date. Because the government's proposed case resolutions are contingent upon a global disposition, the request brief continuance is necessary and requested.

**IT IS SO STIPULATED.**

Dated: 10/22/2013 /s/ Natalie Lee

                                        NATALIE LEE
                                        Assistant United States Attorney

Dated: 10/22/2013 /s/Michael Hinckley

                                        MICHAEL HINCKLEY
                                        Attorneys for Marcelis lee

Dated: 10/22/2013 /s/ Elizabeth Falk

                                        ELIZABETH FALK
                                        Attorney for Lafonzo Brown

Dated: 10/10/2013 /s/ Randy Sue Pollock

                                        RANDY SUE POLLOCK
                                        Attorney for Rashad Brown

Dated: 10/22/2013 /s/ Ismail Ramsey

                                        ISMAIL RAMSEY
                                        Attorney for Rakeem Brown

**ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, the date for setting or disposition is continued from November 8, 2013 at 1:30 p.m. to December 10, 2013 at 2:30 p.m.

Also, based upon the representations of counsel and the stipulation, and good cause shown, the Court finds that failure to exclude time from November 8, 2013 at 1:30 p.m. to December 10, 2013 at 2:30 p.m., would unreasonably deny defendants continuity of counsel and reasonable time necessary for effective preparation of their respective counsel, taking into account the exercise of due diligence. 18 U.S.C. sec. 3161(h)(7)(B)(iv). The Court finds that the ends of justice served by excluding time from November 8, 2013 at 1:30 p.m. to December 10, 2013 at 2:30 p.m., from computation under the Speedy Trial Act outweigh the best interest of both the public and the defendants in a speedy trial. THEREFORE, IT IS HEREBY ORDERED that the time from November 8, 2013 at 1:30 p.m. to December 10, 2013 at 2:30 p.m., shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. sec. 3161 (h)(7)(A) &(B)(iv).

IT IS SO ORDERED.

Dated: 10/22/13

Hon. RICHARD SEEBORG
United States District Judge

U.S. V. MARCELIS LEE, ET AL.; CR 12-00748 RS