STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-748 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| LAFONSO BROWN | |
| Defendant. | |

The parties hereby agree and stipulate to move the sentencing hearing in Mr. Brown's case from March 4, 2014 to March 11, 2014 at 2:30 p.m. The purpose of the requested continuance is due to unavailability of defense counsel and to allow defense counsel more time to write a memorandum addressing Mr. Brown's personal history.

The probation officer, Jill Polish Spitalieri, has been contacted by defense and has no objection to the continuance.

As indicated by her signature below, government counsel Natalie Lee has no objection to continuing the hearing to March 11, 2014 for the reasons stated.

The parties accordingly request the Court to continue sentencing in this matter to March 11, 2014.

IT IS SO STIPULATED.

Dated: February 26, 2014

                                              /s/
                                     ELIZABETH M. FALK
                                     ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: February 26, 2014

                                              /s/
                                     NATALIE LEE
                                     ASSISTANT UNITED STATES ATTORNEY

## [~~PROPOSED~~] ORDER

For the reasons set forth above, the sentencing hearing in the aforementioned matter is hereby CONTINUED from March 4, 2014 to March 11, 2014 at 2:30 p.m.

**IT IS SO ORDERED**.

DATED: 2/27/14                                          /s/ Richard Seeborg
                                               THE HONORABLE RICHARD SEEBORG
                                               UNITED STATES DISTRICT COURT JUDGE