STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAFONSO BROWN ) <br> ) <br> Defendant. ) | No. CR 12-748 RS <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |

     The parties hereby agree and stipulate to move the sentencing hearing in Mr. Brown's case from March 11, 2014 to April 1, 2014 at 2:30 p.m. The purpose of the requested continuance is twofold. First, counsel for Mr. Brown recently received a two inch thick stack of documents from California Department of Child Protection Services referencing Mr. Brown's childhood in foster care. Defense counsel requests more time to review these records and provide the ones she intends to use as a part of her Sentencing Memorandum to the government in advance of sentencing.

     Second, defense counsel has an impending trial in a serious 922(g) case in which a shooting occurred and one victim died. Trial is scheduled for jury selection March 10, 2014, with testimony beginning March 17, 2014. Discovery production in that case is ongoing and involves a significant amount of audio and video footage. Defense counsel's time this week and

the two following will be exclusively dedicated to preparing for and participating in this trial. Although last week, it appeared that a continuance of this trial would be requested, as of now the trial is going forward and counsel intends to keep the trial on track. Accordingly, to guarantee Mr. Brown effective preparation of counsel and continuity of counsel, defense counsel requests the continuance of his sentencing from the Court.

The probation officer, Jill Polish Spitalieri, has been contacted by defense and has no objection to the continuance.

As indicated by her signature below, government counsel Natalie Lee has no objection to continuing the hearing to April 1, 2014 for the reasons stated.

The parties accordingly request the Court to continue sentencing in this matter to April 1, 2014.

IT IS SO STIPULATED.

Dated: March 6, 2014

_____/s/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: March 6, 2014         _____/s/_____
NATALIE LEE
ASSISTANT UNITED STATES ATTORNEY

1 **[~~PROPOSED~~] ORDER**

2  For the reasons set forth above, the sentencing hearing in the aforementioned matter is

3 hereby CONTINUED from March 11, 2014 to April 1, 2014 at 2:30 p.m.

4

5 **IT IS SO ORDERED**.

6 DATED: _3/7/14_                      _____

7                                     THE HONORABLE RICHARD SEEBORG
                                     UNITED STATES DISTRICT COURT JUDGE