STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:  elizabeth_falk@fd.org

Counsel for Defendant BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAFONSO LUKE BROWN,<br><br>Defendant. | **Case No.:** CR 12–748 RS<br><br>**STIPULATION AND ORDER TO TAKE JUDICIAL NOTICE OF FORM 12** |

On March 17, 2020, a Form 12 was filed by the United States Probation Office alleging that Mr. Brown violated the conditions of his supervised release. See Docket 157 (alleging 3 Grade C violations of supervised release.)

The matter was continued several times before this Court to allow Mr. Brown to demonstrate compliance with the conditions of supervised release;

Because Mr. Brown has maintained employment, maintained a stable residence, and delivered clean drug tests, the parties jointly request the Court take judicial notice of the violations alleged in the Form 12.

IT IS SO STIPULATED.

| | |
|---|---|
| August 21, 2020<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>AJAY KRISHNAMURTHY<br>Assistant United States Attorney |
| August 21, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| 8/21/2020<br>Dated | RICHARD SEEBORG<br>United States Senior District Judge |

[PROPOSED] STIPULATED ORDER
*BROWN*, CR 12–748 RS

2